**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| LEON KENTRILL MCCOY, | ) | |
| Petitioner, | ) | 3:06-cv-00448-LRH-VPC |
| vs. | ) | |
| | ) | ORDER |
| E.K. MCDANIEL, *et al.*, | ) | |
| Respondents. | ) | |

In this habeas corpus action, on January 29, 2009, the Court granted respondents' motion to dismiss, and ordered petitioner to file an amended petition within thirty days (docket #14). Moreover, the Court stated that if petitioner did not file an amended petition, that respondents were to answer or respond to the original petition within forty-five days. *Id.* Petitioner filed another petition on January 29, 2009 (docket #13). The petition does not state that it is an amended petition, and it contains the same fifteen grounds for relief, however, it is not an exact duplicate of the first petition. It appears that petitioner was attempting to file an amended habeas corpus petition, and the Court will treat the second petition as such. Respondents will be required to file an answer or otherwise respond to the petition.

The Court will set a schedule for further proceedings in this action.

**IT IS THEREFORE ORDERED** that respondents shall have **forty-five (45) days** in which to answer, or otherwise respond to, the amended habeas corpus petition (docket #13).

**IT IS FURTHER ORDERED** that if and when respondents file an answer, or otherwise respond, petitioner shall have **thirty (30) days** after service to file and serve a response or reply.

Dated this 12th day of May, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE